```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                     Case No. 10-cr-135-PB

**Benjamin Covell**


## O R D E R

The defendant has moved to continue the trial scheduled for December 1, 2010 for a period of 90 days, citing the need for additional time to complete a drug treatment program and to allow counsel time to review voluminous discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from December 1, 2010 to March 8, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 18, 2010 final pretrial conference is continued to February 22, 2011 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 12, 2010

cc: Jonathan Saxe, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal