UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 10-cr-135-PB

**Benjamin Covell**

]

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for March 8, 2011, citing the need for additional time to allow a competency evaluation to be completed by Dr. Drukteinis and for the parties to engage in plea negotiations prior to trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from March 8, 2011 to May 3, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

The February 22, 2011 final pretrial conference is continued to April 21, 2011 at 2:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 15, 2011

cc: Jonathan R. Saxe, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal